Court of Criminal Appeals                    26 (Thursday) May 2016
Hon. Clerk Abel Asocta, Clerk

RE: Change of Address RECEIVED IN
                                COURT OF CRIMINAL APPEALS
            C.C.A. No PD-0150-16
            COA No 04-14-00555CR
            Trial Court Case No. 307125  MAY 31 2015

VIA U.S. MAIL

        Greetings
                                Abel Acosta, Clerk
            Notice change of Address
        New Address    Robert Martinez
                        TDCJ ID No 1931397
                        BCADC SID 327074
                        200 N. Comal
                        San Antonio Tx 78207

    Please use the BCADC SID Number.


        Additionally I fit mailed for filing A request
    for Extention of time to file a Motion for Rehearing
    Requesting in Good faith the Status And date
    of my extension.
    * Notice I have been relocated from prison to the
    County Jail. And my legal papers have become disarrayed


                            Respectfully submitted,
                            In Hoc


    CC: file

                    Page 1 of 1

# UNSWORN Declaration

I Robert Martinez being presently incarcerated in the Bexar County Adult Detention Center, Bexar County Texas declare under penalty of perjury that the above and foregoing is true and correct to the best of my ability

Executed on: 26 May 2016